02-07-231-CV CHUNDURI DISM'









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-07-00231-CV

 

 


 
 
 KRISHNABABU
 CHUNDURI, M.D.
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 ROBERT
 GENE CUNNINGHAM,                         
 INDIVIDUALLY
 AND AS REPRESENTATIVE OF THE ESTATE OF PATRICIA MAUDINE CUNNINGHAM, DECEASED,
 ROBIN LEE CUNNINGHAM BISHOP, AND TRACY JEANNE CUNNINGHAM LANG
 
 
  
 
 
 APPELLEES
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
 AND
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
 ROBERT
 GENE CUNNINGHAM, 
 INDIVIDUALLY
 AND AS REPRESENTATIVE OF THE ESTATE OF PATRICIA MAUDINE CUNNINGHAM, DECEASED,
 ROBIN LEE CUNNINGHAM BISHOP, AND TRACY JEANNE CUNNINGHAM LANG
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
  
 
 
 V.
 
 
  
 
 
 
 
  
 
 
  
 
 
  
 
 
 
 
 LADI
 O.M. HAROONA, M.D.
 
 
  
 
 
 APPELLEE
 
 
 
 
 
 
 
 


 

 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered Appellant Krishnababu Chunduri, M.D.’s “Unopposed
Motion To Dismiss Appeal With Prejudice.”  It is the court’s opinion that the
motion should be granted; therefore, we dismiss the appeal of Appellant
Krishnababu Chunduri, M.D. with prejudice.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).  The remainder of this case remains pending and shall
hereafter be styled “Robert Gene Cunningham, Individually and as Representative
of the Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham
Bishop, and Tracy Jeanne Cunningham Lang v. Ladi O.M. Haroona, M.D.”

Costs of the appeal of Krishnababu Chunduri, M.D. shall
be borne by the party incurring the same, for which let execution issue.  See
Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL:  GARDNER, J.;
LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 28, 2011









[1]See Tex. R. App. P. 47.4.